UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-cv-483

| | |
|---|---|
| ICS NORTH AMERICA CORP., d/b/a Reality Check Sports, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LEON C. EDWARDS of Dallas, Texas | ) ) |
| Defendant, Counterclaimant and Third-Party Plaintiff; | ) ) ) |
| v. | ) ) |
| TAREK FAHMEY & REGINA FAHMEY, | ) ) |
| Third-Party Defendants | ) ) |

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

  ICS North America, Corp.   who is   Plaintiff  ,

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
     ( ) Yes      (✓) No
2. Does party have any parent corporations?
     ( ) Yes      (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
_____
_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
  ( ) Yes  (✓) No
If yes, identify all such owners:_____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
  ( ) Yes  (✓) No
If yes, identify entity and nature of interest:_____
_____

  s/Jeffrey C Watson      05/07/12
  Jeffrey C. Watson
  Attorney for Plaintiff and
  Third-Party Defendants