**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:11-CV-483-RJC-DCK**

| | | |
|---|---|---|
| **ICS NORTH AMERICA CORP., d/b/a**<br>**Reality Check Sports,** | ) | |
| | ) | |
| **Plaintiff / Counter Defendant,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LEON C. EDWARDS,** | ) | |
| | ) | |
| **Defendant / Third Party Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **TEREK FAHMEY and REGINA FAHMEY,** | ) | |
| | ) | |
| **Third Party Defendants.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay The Proceedings Pending The Completion Of Settlement Terms" (Document No. 12) filed October 17, 2012.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will grant this joint motion.

      The undersigned notes that the "parties have recently reached an agreement and executed a Settlement and Release Agreement on October 12, 2012." (Document No. 12, p.1).  The parties report that the terms of the settlement will be fulfilled by February 12, 2013, and therefore, they seek to stay this action until February 28, 2013.

      **IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay The Proceedings Pending The Completion Of Settlement Terms" (Document No. 12) is **GRANTED**, and that this matter is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation Of Dismissal, or a Joint Status Report, on or before **February 28, 2013**.

**SO ORDERED**.

Signed: October 18, 2012

David C. Keesler
United States Magistrate Judge